49318. LUXUREST FURNITURE
MANUFACTURING COMPANY v. FURNITURE
WAREHOUSE SALES, INC. et al.

PANNELL, Presiding Judge.

In accordance with the decision of the Supreme Court in this case on certiorari (*Gurwitch v. Luxurest Furniture Mfg. Co.,* 233 Ga. 934) the judgment of reversal entered by this court (*Luxurest Furniture Mfg. Co. v. Furniture Warehouse Sales, Inc.,* 132 Ga. App. 661, 209 SE2d 63) is hereby vacated and a judgment of affirmance of the trial court is hereby entered.

*Judgment affirmed. Quillian and Webb, JJ., concur.*

DECIDED APRIL 9, 1975.

*Lazarus, Stokes & Kaplan, Marion B. Stokes, John H. Watson,* for appellant.
*Nall, Miller & Cadhenhead, Gerald A. Friedlander, James C. Pratt,* for appellees.